January 26, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

KEN BIGHAM AND TRACY HOLLISTER, Appellants

NO. 14-16-00482-CV                          V.

SOUTHEAST TEXAS ENVIRONMENTAL LLC, ET AL, Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on March 15, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Ken Bigham and Tracy Hollister.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.